UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES, | : | CASE NO. 1:20-cr-00424 |
| Plaintiff, | : | OPINION & ORDER |
| v. | : | |
| MARGARET COLE, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Margaret Cole faces charges for conspiracy to defraud the United States and alleged false statements to an adoption accrediting entity and a Polish government agency.[1]

Defendant Cole has filed multiple motions related to discovery issues. Those include a motion for a bill of particulars, a motion for a separate trial from her two co-defendants, and a motion to compel the United States to identify known *Brady* material within the disclosed discovery.[2] Defendant Cole reports receiving over thirteen terabytes of discovery amounting to more than two million documents.[3] She further reports being unable to search the documents and being unable to open some documents.[4]

The United States says it has repeatedly helped Cole and her defense team navigate discovery.[5] This includes producing documents electronically in a PDF text-searchable format, including detailed cover letters identifying each category of documents produced

---

[1] Doc. 1-2 at ¶¶ 90–98.
[2] Docs. 26; 45; 49.
[3] Doc. 49 at 2.
[4] *Id.* at 2, 5.
[5] Doc. 52 at 2.

Case No. 1:20-cr-00424
GWIN, J.

and corresponding bates ranges, organizing documents into navigable sub-folders with labeled bates ranges, and creating a searchable excel index that showed the specific file path of every document included in a government production the defense was having trouble with.[6] The United States has also specifically identified and separately reproduced items requested by Cole's counsel.[7] It has also hosted a video meeting with Cole's counsel to review discovery.[8]

This Court now **DIRECTS** the parties to attend a virtual status conference on November 12, 2021 at 10:00 AM to discuss discovery and update the Court on preparations for trial on February 7, 2022. This Court further **DIRECTS** the United States to submit to the Court in advance of the status conference the explanatory cover letters, examples of how the discovery was organized into sub-folders, and any other documents provided to Defendant Cole to help her navigate discovery.

IT IS SO ORDERED.

Dated: October 27, 2021    *s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[6] *Id.* at 3–6.
[7] *Id.* at 4–5.
[8] *Id.* at 5.