UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|                          |   |                          |
|--------------------------|---|--------------------------|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-cr-424     |
|                          | : |                          |
|     Plaintiff, | : | OPINION & ORDER          |
|                          | : | [Partially Resolving Doc. 134] |
|     v.  | : |                          |
|                          | : |                          |
| MARGARET COLE,           | : |                          |
|                          | : |                          |
|     Defendant. | : |                          |
|                          | : |                          |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Cole requests a hearing on her objection to the Court's proposed jury selection plan.[1]  The Court **GRANTS** Defendant Cole's request for a hearing.  The Court will hear arguments on Defendant Cole's motion during the already-scheduled hearing on Tuesday, February 1 at 9:00 AM.

The Court **ORDERS** the government to respond to Defendant Cole's motion by 1:00 PM on Monday, January 31.


       IT IS SO ORDERED.


Dated: January 28, 2022              *s/     James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. 134 at 2.