

- Close Window
- Print This Page
- Expand All | Collapse All

## VO -32828

| | | | |
|---|---|---|---|
| **Organization Name** | European Adoption Consultants | **Organization** | European Adoption Consultants, Inc. |
| **Accreditation Cycle** | 3019_HAGE_03/04/2015_TO_04/30/2020 | **Assigned to** | ▉ |
| **Organization ID** | 3019 | **Start Date of Action** | 9/2/2016 |
| **VitalOccurence Name** | VO -32828 | **End Date of Action** | |
| **Created By** | Council on Accreditation (Do Not Reply), 9/1/2016 1:18 PM | **LOT-Hague Self Report** | |
| **Last Modified By** | ▉ 9/2/2016 12:20 PM | **Contact** | Margaret Cole |
| **Category of the Incident** | Child Serious Injury | **Email Address** | margaretcole@margaretcole.com |
| **Sub Category of the Incident** | | **Organization Email** | margaretcole@margaretcole.com |
| **Date of the Incident** | 8/30/2016 | **URL** | |
| | | **VO Type** | HagueSelfReport |

**Self Report Details**

We are not being investigated, but we were notified that there is an investigation occurring of an abused adopted child. The family in question is not an European Adoption Consultants (EAC) family but EAC is assisting the police with the investigation of this incident as it appears to have occurred in Poland.

Below is the letter from Detective David Bearden.

DENTON
Department of Police
601 E. Hickory St., Suite E • Denton, TX 76205 • (940) 349-8181 • FAX (940) 349-

Date: 08-30-16

To whom it may concern,
My name is David Bearden and I am a detective at the Denton Police Department in Denton, Texas. work in the Crimes Against Children Bureau. I am currently working a case involving ▉ (w/f, 10-29-10). ▉ was adopted out of Poland by ▉. The ▉amily subsequently decided to not keep ▉ and only keep her sister who was also adopted by the family. ▉ was brought to the United States and adopted by ▉

On 08-15-16, I was assigned a case involving ▉ She was at Cook Children's Hospital in Ft. Worth. She had suspicious bruising over several areas of her body. She suffered major new trauma to her vaginal and anal area resulting in surgery and the placement of a colostomy bag. During the course of the investigation it was learned that ▉ was in a foster home in Poland. Information received from ▉ during an interview was that there was a bad man and monster in Poland that hurt her. She indicated the man in Poland punched her in the stomach and caused the injury to her foot. She presented at Cook Children's Hospital in Ft Worth with the new injuries, bruising and a healed scar across her foot. During the examination it was found ▉ had healed internal injuries in her vaginal area. Medical staff stated the healed injuries in her vagina were possibly several years old. During the investigation, information was learned from the ▉ that ▉ had told them the man in Poland touched her vagina and butt. While at a pet store with the ▉ pointed to a dog cage / kennel and said "▉ bed, ▉ bed". It is unknown if she was stating she had to sleep in a cage while in foster care. There are a lot of unknown variables and it is unknown if some abuse occurred in foster care in Poland.

We are currently investigating the possibility of new physical abuse by her current adoptive parents. am very concerned about the possibility of past sexual and physical abuse of ▉ and for the risk for the other children currently in the foster home in Poland. I spoke to the ▉ amily who advised they were never allowed to meet the foster parents but were aware the foster mom's first name was "A▉". At the time of ▉ and her sister's adoption by the ▉ family, the foster parents had 8 other children fostering in the home. The ▉ family stated ▉ had a history of masturbation and tantrums. They were not allowed to see the foster home or have any contact with the foster parents in Poland. They did notice ▉ had a healed scar resembling a cut on her foot.

**GOVERNMENT EXHIBIT 1:20CR424 619**

▓▓▓ told them a person at the foster home named ▓▓▓ did it. I do not have a name for the foster dad and it is unknown if he may be ▓▓▓

I feel an investigation should be started in regards to the foster parents in Poland. If you have any questions feel free to contact me.

Thank you,
David Bearden #85
(940)349-7986
David.bearden@cityofdenton.com

**Details of the Action**

**# of Annual Program Reports Submitted**

### Outcomes/Action

| Outcome | Action |
|---|---|
| Adverse Action - Effective Date | AA Review |
| Adverse Action - Terminated | |

### Change in Supervised Providers

| | |
|---|---|
| Supervised Provider Type of Change | Supervised Provider Agreement Effective |
| Supervised Provider Name | Supervised Provider Agreement Ended |
| Supervised Provider Contact Information | Supervised Provider Countries |
| Email | |

### Adoption Disruption/Dissolution

| | | | |
|---|---|---|---|
| Disruption or Dissolution? | | Date Referral Provided | |
| Type of Disruption/Dissolution | | Date Referral Accepted | |
| Date of Disruption/Dissolution | 8/30/2016 | Date of Placement | |
| Child's DOB | | State of Emigration | |
| Child's Country of Origin | | | |
| Factors Cited by Parents/Youth | | | |
| Factors Cited by Agency | | | |
| Consent Description | | | |
| Training Methods | | Referral Reviewed? | |
| Issue or Concerns Raised? | | Date of Family Contact | |
| Issue or Concerns Description | | | |
| Central Authority Communication | | | |
| Post-Placement Requirements | | | |
| Post-Placement | | | |

Services

## Financial Data

| | |
|---|---|
| Date of Fiscal Year End | Largest Revenue Source - Type |
| Current Assets | Largest Revenue Source - Amount |
| Current Liabilities | Total Revenues |
| Total Assets | Total Expenses |
| Total Liabilities | Total General and Management Expenses |

## Financial Ratios

| | |
|---|---|
| Current Ratio | General and Management Expense Ratio |
| Long-Term Solvency Ratio | Revenue-Expense Ratio |
| Contribution Ratio | Profit and Loss Margin |

## Custom Links

Financial Ratios

## Open Activities
### VO -32828 M+O note

| | |
|---|---|
| Name | |
| Task | ✓ |
| Due Date | 11/25/2016 |
| Status | Not Started |
| Priority | Normal |
| Assigned To | J█████████ |
| Comments | |

Copyright © 2000-2016 salesforce.com, inc. All rights reserved.

Gov. Ex. 619_EAC Selfreport Pg 3 of 3