blog

**From:** Debra Parris <debra@eaci.com>
**To:** ███████████████@eaci.com>; Margaret <margaretcole@margaretcole.com>
**Date:** Thu, 27 Aug 2015 13:20:03 +0000

i have been doing adoptions for 25 years..i have 2 biological....and... i have 3 adopted children of my own... thankfully they are almost out of college... so i do know the joys of adopting... and parenting 5 children.

my oldest son and his wife just adopted a young girl from Poland..........i had guided them through the process of international adoption on everything they could expect during this journey.. and i must say the social worker has been great for them .. what i did not do was prepare myself.. i dont know what i expected... i was cauious ... but when that bright little girl came off the plane she was amazing ... everything was a first.... meeting her new sister... meeting her 2 dogs.... eating american food.... getting in a swimming pool.... but the smiles and i love you are always there..... we have had some melt downs but they are becoming less everyday. the joy our family has experienced has far exceeded expectations.....
today she started school... another first............ love love watching her experience things.. call me anytime to talk about her...... ███████████ debra

Gov. Ex. Ex. 414_Email Pg 1 of 1

GOVERNMENT
EXHIBIT
1:20CR424
414

EAC-SW-0003026973